UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| J.C, a minor, by next friend, SAM MICKENS; CLIFFORD COLE; and J.C., a minor, by next friend, SAM MICKENS;<br><br>    Plaintiffs,<br><br>v<br><br>CITY OF GRAND RAPIDS POLICE OFFICERS TBD; CITY OF GRAND RAPIDS, and GRAND RAPIDS POLICE DEPARTMENT,<br><br>    Defendants. | Case No.: 1:21-CV-00846<br><br>HON. PHILLIP J. GREEN<br>U.S. District Magistrate Judge |

| | |
|---|---|
| Tyrone Bynum (P82427)<br>*Attorney for Plaintiffs*<br>Law Offices of Tyrone Bynum PLLC<br>161 Ottawa Ave., NW, Ste. 309<br>Grand Rapids, MI 49503<br>Ph: (616) 608-7409<br>tyrone@lawofficesoftyronebynumpllc.com | Elizabeth J. Fossel (P41430)<br>Sarah J. Hartman (P71458)<br>*Attorneys for Defendants*<br>City of Grand Rapids Law Department<br>300 Monroe Ave. NW, Ste. 620<br>Grand Rapids, MI 49503<br>Ph: (616) 456-1318<br>efossel@grand-rapids.mi.us<br>shartman@grand-rapids.mi.us |

**DEFENDANTS CITY OF GRAND RAPIDS AND GRAND RAPIDS POLICE DEPARTMENT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)**

***ORAL ARGUMENT REQUESTED***

Defendants, the City of Grand Rapids (the "City") and the Grand Rapids Police Department ("GRPD") by and through their counsel, move this Honorable Court to dismiss this case for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  As set forth more fully in the accompanying brief, and taking the allegations contained in the complaint as true,

Plaintiffs have failed to state a claim against these Defendants because the allegations are either legal conclusions, do not avoid immunity, or are insufficient to raise the requested relief above the speculative level.

WHEREFORE, Defendants City of Grand Rapids and the Grand Rapids Police Department request entry of an Order:

A. Dismissing each and every of Plaintiff's claims, whether brought pursuant to state or federal law, against the City of Grand Rapids and the Grand Rapids Police Department, with prejudice;

B. Finding that the Grand Rapids Police Department is a department within the City of Grand Rapids, and therefore is not a proper party-defendant;

C. Granting these Defendants such other relief as is just and equitable under the circumstances.

Respectfully submitted,

THE CITY OF GRAND RAPIDS

Dated: November 15, 2021

*/s/ Sarah J. Hartman*
Sarah J. Hartman (P71458)
Assistant City Attorney
Attorney for the City of Grand Rapids and
 the Grand Rapids Police Deptartment
300 Monroe Ave. NW, Ste. 620
Grand Rapids, MI  49503
Ph: (616) 456-3802
shartman@grand-rapids.mi.us